**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

FRED E. HONRINE,
    Petitioner,

vs.                                                      Case No. 5:07cv227/MCR/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 13, 2009. (Doc. 16). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The petition for writ of habeas corpus (doc. 1) is **DENIED**.

**DONE AND ORDERED** this 6th day of April, 2009.

                                           *s/ M. Casey Rodgers*
                                         **M. CASEY RODGERS
                                         UNITED STATES DISTRICT JUDGE**