**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

FRED EUGENE HONRINE,
    Petitioner,

vs.                                             Case No: 5:07cv227/MCR/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

      This cause is before the court on Petitioner's notice of appeal, construed as a motion for certificate of appealability (Docs. 22, 23).[1]  Unless a certificate of appealability is issued, Petitioner may not take an appeal from the final order denying § 2254 relief.  *See* 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b)(1).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

      After review of the file, the court concludes that because Petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order dated April 6, 2009 (Doc. 20) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on March 13, 2009 (Doc. 16), a certificate of appealability will be denied.

      Accordingly, it is **ORDERED**:

      Petitioner's notice of appeal, construed as a motion for certificate of appealability, (Docs. 22, 23) is **DENIED** and no certificate shall issue.

      **DONE and ORDERED** this 5th day of May, 2009.

                                                       *s/ M. Casey Rodgers*
                                                       **M. CASEY RODGERS
                                                       UNITED STATES DISTRICT JUDGE**

---

[1] The Eleventh Circuit instructed in <u>Edwards v. United States</u>, 114 F.3d 1083 (11th Cir. 1997), that district courts must treat notices of appeal in Section 2254 actions as applications for certificates of appealability.